AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

James O'Connor
7206 Duffield Drive
Dallas, Texas  75248
972-735-0073

**SUMMONS IN A CIVIL CASE**

V.

United States

CASE NUMBER:   1:05CV02075

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James O'Connor
7206 Duffield Drive
Dallas, Texas  75248
972-735-0073

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                  NOV 1 6 2005

CLERK  _/s/ Laura Chipley_                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11/29/05 |
| NAME OF SERVER (PRINT) James O'Connor | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail # 7005 1160 0003 2843 7610

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/05
             Date

Signature of Server: James T. O'Connor

Address of Server: 7206 Duffield Dr., Dallas 75248

[Stamp: NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT NOV 10 2005]

[Stamp: RECEIVED FEB 27 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.