IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES O'CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:05-cV-02075 (HHK) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: March 3, 2006.

                                                     Respectfully submitted,

                                                     /s/ Jennifer L. Vozne
                                                     JENNIFER L. VOZNE
                                                     Trial Attorney, Tax Division
                                                     U.S. Department of Justice
                                                     P.O. Box 227
                                                     Ben Franklin Station
                                                     Washington, DC 20044
                                                     Phone/Fax: (202) 307-6555/514-6866
                                                     Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1575507.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on March 3, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

      JAMES O'CONNOR
      Plaintiff pro se
      7206 Duffield Drive
      Dallas, Texas 75248

          /s/ Jennifer L. Vozne
          JENNIFER L. VOZNE

1575418.1