IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES O'CONNOR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No: 1:05-cv-02075 (HHK) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO SERVE REPLY IN SUPPORT OF MOTION TO DISMISS**

The United States, pursuant to Fed. R. Civ. P. 6(b)(1), moves the Court for an extension of time to serve a reply in support of its motion to dismiss. The United States requests an additional 11 days or up to and including April 25, 2006, in which to serve a reply.

As grounds for this motion, the United States asserts that it needs additional time to consult with the Internal Revenue Service in order to adequately respond to plaintiff's challenge to the regulation.

A supporting memorandum and proposed order accompany this request. Also, pursuant to LCvR 7(m), undersigned counsel was unable to obtain plaintiff's consent prior to filing this request.1/

---

    1/ The telephone number provided by plaintiff in the caption of his complaint appears to be a facsimile number. The United States requested plaintiff's consent by facsimile letter yesterday. The United States requested an 11-day extension, but indicated that 11-days would be April 24, 2006. Eleven

Date: April 14, 2006.

        Respectfully submitted,

        /s/ Jennifer L. Vozne
        JENNIFER L. VOZNE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P. O. Box 227, Ben Franklin Station
        Washington, D.C. 20044
        Phone/Fax: (202) 307-6555/514-6866
        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

---

days is actually April 25, 2006.  Plaintiff was asked to respond by 2:00 pm today. At the time of filing, plaintiff had not responded to the United States' request.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES O'CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:05-cv-02075 (HHK) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF UNITED STATES' MOTION FOR EXTENSION OF TIME TO SERVE
REPLY IN SUPPORT OF MOTION TO DISMISS**

This is a civil action in which plaintiff alleges that, beginning with tax year 2000, the Internal Revenue Service (IRS) disregarded various provisions of the Internal Revenue Code. Plaintiff seeks a refund of all taxes paid in, damages for alleged "wrongful collection," and injunctive relief respecting further federal tax collection against them.

STATEMENT

1. <u>Introduction and background.</u> On October 21, 2005, plaintiff filed the present action. The United States filed a motion to dismiss for lack of personal and subject matter jurisdiction on March 3, 2006. Plaintiff served his opposition to the United States' motion to dismiss on April 6, 2006 and it was received by the United States on April 11, 2006. In his opposition, plaintiff asserts that the regulation pertaining to filing of administrative claim for damages is

invalid.

2.  <u>The time for the United States to serve a reply.</u>  Plaintiff served his opposition to the United States' motion to dismiss on April 6, 2006.  Pursuant to LCvR 7(d) and Fed. R. Civ. P. 6(e), the United States is required to serve its reply brief on or before April 14, 2006.

3.  <u>Relief Requested.</u>  Plaintiff's opposition challenges, in part, the validity of the regulation, which explains the appropriate steps to filing an administrative claim for damages.  The United States requires additional time to fully examine, research, and fully respond to plaintiff's challenge.  The United States requests 11 days to compose and file its reply in support of the motion to dismiss.

4.  <u>The Court has discretion to grant this motion.</u>  Pursuant to Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for serving a response to the motion.  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request. Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required. The court generally will find that cause has been shown

>and grant the extension unless the moving party has
>been negligent, shown bad faith, or abused the privilege
>of extensions.

1 Daniel R. Coquillette, et al., Moore's Federal Practice, § 6.06[2], p.6-40.1 (1999) (footnotes omitted); Baden v. Craig-Hallum, Inc., 115 F.R.D. 582, 585 (D. Minn. 1987). The United States has not been guilty of negligence or bad faith, nor has the privilege of extensions been abused.

## CONCLUSION

Based upon the foregoing, the United States respectfully requests that the Court grant this motion and extend the time by which the United States must serve a reply in support of the motion to dismiss up to and including April 25, 2006.

DATED:    April 14, 2006.                    Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U. S. Department of Justice
P. O. Box 227, Ben Franklin Station
Washington, DC 20044
Phone/Fax:  (202) 307-6555/514-6866
Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

-3-