IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES O'CONNOR, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>　　Defendant. ) | No: 1:05-cv-02075 (HHK) |

## ORDER

Having considered the DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE REPLY IN SUPPORT OF MOTION TO DISMISS, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED,

ORDERED that the United States must file and serve a reply in support of its motion to dismiss on or before April 25, 2006, and it is further

ORDERED that the Clerk shall distribute copies of this order to the individuals listed below.

1647483.1

SO ORDERED this _____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

JAMES O'CONNOR
Plaintiff *pro se*
7206 Duffield Drive
Dallas, Texas 75248