IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES O'CONNOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:05-cv-02075 (HHK) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' MOTION FOR EXTENSION OF TIME TO SERVE REPLY IN SUPPORT OF MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on April 14, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> JAMES O'CONNOR
> Plaintiff *pro se*
> 7206 Duffield Drive
> Dallas, Texas 75248.

> /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1575292.11