IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| James O'Connor, ) | Case No: 1:05-cv-02075 (HHK) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| UNITED STATES (Government), ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S
REPLY IN SUPPORT OF MOTION TO DISMISS**

Plaintiff hereby moves the Court for leave to file a sur-reply to respond to certain omissions and misrepresentations by counsel in defendant's reply in support of motion to dismiss; a motion in the nature of a Motion for Summary Judgment.

This motion is supported by the following:

1.  Plaintiff responded to the issues raised by counsel in defendant's motion to dismiss. Plaintiff did not, as counsel "presumes", agree to abandon a refund claim not made. Defendant's motion to dismiss raised that issue and, having so raised the issue, must be treated as a Motion for Summary Judgment. See: Fed. R. Civ. P. 12(b).

2.  The Rule states,

    If, on a motion asserting the defense numbered (6) to dismiss for failure of the pleading to state a claim upon which relief can be granted, matters outside the

RECEIVED
JUN 16 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

pleading are presented to and not excluded by the court, the motion shall be treated as one for summary judgment and disposed of as provided in Rule 56, and all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56.

3. Counsel's creative use of Fed. R. Civ. P. 12(b), without specifying any particular paragraph, necessarily includes paragraph 6 thereunder.

4. Counsel's assertion in respect of a "tax refund" not sought in my Complaint presents "matters outside the pleading", and require the motion to dismiss be treated as a Rule 56 motion.

I therefore moves the Court for leave to file my Sur-Reply, lodged concurrently.

Respectfully Submitted

Dated June 8, 2006

_____
James O'Connor

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:

Jennifer Vozne
U.S. Dept of Justice
P.O. Box 277
Washington D.C. 20044

Dated _____June 8_____, 2006

_James O'Connor_
James O'Connor