UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES O'CONNOR,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>             Defendant. | Civil Action 05-02075 (HHK) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, and for the reasons stated by the court in its memorandum docketed this same day, it is this 29th day of January, 2007, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendant.


                                                      Henry H. Kennedy, Jr.
                                                    United States District Court