IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES O'CONNOR, ) | |
| ) | |
| Plaintiff, ) | No. 1:05-CV-02075 (HHK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Pat S. Genis in substitution for Jennifer L. Vozne in the above-referenced case.

DATE: January 29, 2007.           Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6390/514-6866
Email: Pat.S.Genis@usdoj.gov

OF COUNSEL
JEFFREY A. TAYLOR

1

2190956.1

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiff on January 29, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

James O'Connor
Plaintiff pro se
7206 Duffield Drive
Dallas, Texas 75248

　　　　　　　　　　　　　　　　　/s/ Pat S. Genis
　　　　　　　　　　　　　　　　PAT S. GENIS, #446244